IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

TAMATHA D. JOHNSON                                            PLAINTIFF

v.                                            CIVIL ACTION NO. 3:18-cv-237-GHD-RP

CHANCELLOR HOUSE LLC                                   DEFENDANT

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The parties have jointly advised the Court that this action and all claims at any time asserted or which could have been asserted in this action should be dismissed with prejudice, with the parties to each bear their own respective attorneys' fees and costs. Accordingly, it is hereby:

ORDERED AND ADJUDGED that this action and all claims at any time asserted or which could have been asserted herein are hereby fully and finally DISMISSED WITH PREJUDICE, with the parties to each bear their own respective attorneys' fees and costs associated with this action.

SO ORDERED AND ADJUDGED this the __5__ day of __August__ 2019.

_____
SENIOR U.S. DISTRICT JUDGE